# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-11766-RGM |
|     JESSE W. BRAGG | ) | Chapter 7 |
|     SAMANTHA M. BRAGG | ) | |
|     Debtors. | ) | |
| | ) | |
| Nationstar Mortgage, LLC, as servicer | ) | |
| For Deutsche Bank Trust and Company | ) | |
| Americas as Trustee for Residential | ) | |
| Accredit Loan, Inc. Pass Through | ) | |
| Certificates 2007-QH7 | ) | |
|     Movant, | ) | |
| v. | ) | |
| Jesse W. Bragg | ) | |
| Samantha M. Bragg, | ) | |
|     Debtors, | ) | |
| and | ) | |
| Kevin R. McCarthy, | ) | |
|     Trustee, | ) | |
|     Respondents. | ) | |

## DEBTORS' NON-OPPOSITION TO MOTION FOR RELIEF FROM STAY

COMES NOW Debtors, Jesse W. Bragg and Samantha M. Bragg, by their undersigned counsel, and for their response to the Motion for Relief from Stay filed herein, by Nationstar Mortgage, LLC (Doc. No. 12 herein), states that Debtors do not oppose the relief requested.

///

///

///

| SEEN AND AGREE: | Respectfully submitted, |
|---|---|
| | Jesse W. Bragg |
| | Samantha M. Bragg |
| | By Counsel |
| /s/ Jesse W. Bagg | /s/ Scott A. Weible, Esq. |
| Jesse W. Bragg | Scott Alan Weible, Esq. (VSB # 75633) |
| | SCOTT ALAN WEIBLE, P.L.L.C. |
| | 14540 John Marshall Highway, Suite 201 |
| | Gainesville, VA   20155-1693 |
| /s/ Samantha A. Bragg | (703) 754-2092; (703) 754-2093 Fax |
| Samantha A. Bragg | scott@weible.com |

## CERTIFICATE OF SERVICE

I certify that on August 26, 2014, I have caused to be transmitted a true copy of the foregoing Debtors Non Opposition to Motion for Relief from Stay *either*, electronically either through the Court's CM/ECF system, *or*, by first class United States postage pre-paid if other than by electronic means is provided for by Local Bankruptcy Rule 2002-1(d)(3), to the Debtors, Chapter 7 trustee herein, and to the United States Trustee herein.

Jesse W. Bragg
12193 Open Meadow Lane
Bristow, VA 20136
Debtor

Samantha M. Bragg
12193 Open Meadow Lane
Bristow, VA 20136
Joint Debtor

Kevin R. McCarthy
1751 Pinnacle Drive
Suite 1115
McLean, VA 22102
Trustee

Daniel Ross, Esquire
2001 Western Avenue, Suite 400
Seattle, WA 98121
Counsel for Movant

/s/ Scott A. Weible
Scott A. Weible